United States Court of Appeals
 for the district of columbia circuit
 
 
 
No. 00-7279 September Term, 2001
 Filed On: March 19, 2002 [665714] 
Elena Sturdza,
 Appellant
 
v.

United Arab Emirates, et al.,
 Appellees
 

 Appeal from the United States District Court
 for the District of Columbia
 (No. 98cv02051)
 
 
 

 Before: Henderson and Tatel, Circuit Judges, and Silberman, Senior Circuit Judge.

 ORDER

 It is ORDERED, by the Court on its own motion, that the following revisions shall be
made to the opinion decided March 5, 2002, in this case:

 At page 2 of the slip opinion, delete the words "and remand for trial of the copyright
infringement claim" from the sentence beginning "Although differences between the two
embassy designs . . ." (lines 22 28 of the paragraph).

 At page 16 of the slip opinion, delete the words "and remand for trial" from the last
sentence of the first full paragraph.

 At page 30 of the slip opinion, replace the current section VII with the following:

 The motion to dismiss this appeal is denied. The grant of summary judgment for
 Demetriou and the UAE on Sturdza's copyright claim is reversed. The Rule
 12(b)(6) dismissal of Counts Five, Six, and Seven (the tort claims) as to
 Demetriou is also reversed. The Rule 12(b)(6) dismissal of Sturdza's section
 1985 claim is affirmed. The question whether D.C. law bars Sturdza's contract
 and quantum meruit claims is certified to the District of Columbia Court of
 Appeals, and all further proceedings in this matter shall be held in abeyance
 pending further order of this court.

 FOR THE COURT:
Mark J. Langer, Clerk

BY:

Deputy Clerk